IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:96CR33 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| TERRI A. PAYSENO, | ) | |
| | ) | |
| Defendant. | ) | |

As previously directed (filing 75), the government has advised me that Ms. Payseno's appeal to the Idaho Court of Appeals has been resolved, that the Idaho criminal judgment has been affirmed, that Ms. Payseno is eligible for parole on April 29, 2013, and that she will satisfy her state sentence on April 28, 2038. With that in mind,

IT IS ORDERED that:

1. The Clerk of the Court shall file the letter from the government with the attached Idaho Court of Appeals decision.

2. The government shall procure the attendance of the defendant to answer the allegations of the report of an offender under supervision (filing 60).

3. An arraignment on the petition (filing 60) will be held on Friday, May 18, 2007, at 12:00 noon, at which time the defendant will required to admit or deny the allegations of the petition.

March 2, 2007.                    BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge