IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:96CR33 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| TERRI A. PAYSENO, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court upon the defendant's notice of appeal and motion for appointment of counsel on appeal (filing 86) which were unaccompanied by either the $455.00 appellate filing fee or by a motion to proceed in forma pauperis on appeal. The Federal Rules of Appellate Procedure provide that

> a party to a district-court action who desires to appeal in forma pauperis must file a motion in the district court. The party must attach an affidavit that: (A) shows in the detail prescribed by Form 4 of the Appendix of Forms [to the Federal Rules of Appellate Procedure] the party's inability to pay or to give security for fees and costs; (B) claims an entitlement to redress; and (C) states the issues that the party intends to present on appeal.

Fed. R. App. P. 24(a). If the motion is granted after the necessary documentation is filed with the district court, the party may proceed on appeal without prepayment of fees or costs in either court or the giving of security therefor. I shall order the defendant to either file a motion to proceed in forma pauperis on appeal, along with the information needed to support such a request as stated above, or pay the $455.00 appellate filing fee.

Because this court does not have jurisdiction to appoint counsel for purposes of appeal, the defendant's motion for appointment of counsel on appeal shall be

denied. Defendant is directed to request that the Eighth Circuit Court of Appeals appoint her counsel for purposes of appeal.

IT IS ORDERED:

1. On or before June 29, 2007, the defendant shall either (a) file in this court a motion to proceed in forma pauperis on appeal as well as an affidavit complying with Form 4 of the Appendix of Forms to the Federal Rules of Appellate Procedure showing the defendant's inability to pay or to give security for fees and costs, an entitlement to redress, and a statement of the issues the defendant intends to present on appeal (see form attached to this order), or (b) pay the $455.00 appellate filing fee;

2. The processing of the defendant's notice of appeal (filing 86) shall be delayed pending the defendant's submission of the above-described motion and affidavit;

3. When the defendant files the above-described affidavit, the Clerk of the United States District Court for the District of Nebraska shall immediately direct such affidavit to the chambers of the undersigned United States district judge;

4. Defendant's motion for appointment of counsel on appeal (filing 86) is denied.

May 29, 2007.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge

Westlaw.

Federal Rules of Appellate Procedure Form 4, 28 U.S.C.A.

C

United States Code Annotated Currentness
  Federal Rules of Appellate Procedure (Refs & Annos)
    Appendix of Forms

→ **Form 4. Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis**

```
            United States District Court for the _____ District of _____

A.B., Plaintiff
v.                                      Case No. _____
C.D., Defendant


-----------------------------------------------------------------------
Affidavit in Support of Motion          Instructions

I swear or affirm under penalty of      Complete all questions in this
  perjury that, because of my poverty, I  application and then sign it. Do
  cannot prepay the docket fees of my     not leave any blanks: if the answer
  appeal or post a bond for them. I       to a question is "0," "none," or
  believe I am entitled to redress. I     "not applicable (N/A)," write in
  swear or affirm under penalty of        that response. If you need more
  perjury under United States laws that   space to answer a question or to
  my answers on this form are true and    explain your answer, attach a
  correct. (28 U.S.C. § 1746; 18 U.S.C.   separate sheet of paper identified
  § 1621.)                                with your name, your case's docket
                                          number, and the question number.
Signed: _____  Date: _____

-----------------------------------------------------------------------
My issues on appeal are:
```

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
| | You | Spouse | You | Spouse |
| Employment | $_____ | $_____ | $_____ | $_____ |
| Self-employment | $_____ | $_____ | $_____ | $_____ |
| Income from real property (such as rental income) | $_____ | $_____ | $_____ | $_____ |
| Interest and dividends | $_____ | $_____ | $_____ | $_____ |
| Gifts | $_____ | $_____ | $_____ | $_____ |
| Alimony | $_____ | $_____ | $_____ | $_____ |
| Child support | $_____ | $_____ | $_____ | $_____ |
| Retirement (such as social security, pensions, annuities, insurance) | $_____ | $_____ | $_____ | $_____ |
| Disability (such as social security, insurance payments) | $_____ | $_____ | $_____ | $_____ |
| Unemployment payments | $_____ | $_____ | $_____ | $_____ |
| Public-assistance (such as welfare) | $_____ | $_____ | $_____ | $_____ |
| Other (specify): _____ | $_____ | $_____ | $_____ | $_____ |
| Total monthly income: | $_____ | $_____ | $_____ | $_____ |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

4. How much cash do you and your spouse have? $_____
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home | (Value) | Other real estate | (Value) | Motor vehicle #1 | (Value) |
|---|---|---|---|---|---|
| _____ | _____ | _____ | _____ | Make & year: _____ | |
| _____ | _____ | _____ | _____ | Model: _____ | |
| _____ | _____ | _____ | _____ | Registration #: _____ | |

| Motor vehicle #2 | (Value) | Other assets | (Value) | Other assets | (Value) |
|---|---|---|---|---|---|
| Make & year: _____ | | _____ | | _____ | |
| Model: _____ | | _____ | | _____ | |
| Registration #: _____ | | _____ | | _____ | |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $_____ | $_____ |

Are real-estate taxes included? [ ] Yes [ ] No

| | | |
|---|---|---|
| Is property insurance included? [ ] Yes [ ] No | | |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $_____ | $_____ |
| Home maintenance (repairs and upkeep) | $_____ | $_____ |
| Food | $_____ | $_____ |
| Clothing | $_____ | $_____ |
| Laundry and dry-cleaning | $_____ | $_____ |
| Medical and dental expenses | $_____ | $_____ |
| Transportation (not including motor vehicle payments) | $_____ | $_____ |
| Recreation, entertainment, newspapers, magazines, etc. | $_____ | $_____ |
| Insurance (not deducted from wages or included in Mortgage payments) | $_____ | $_____ |
|   Homeowner's or renter's | $_____ | $_____ |
|   Life | $_____ | $_____ |
|   Health | $_____ | $_____ |
|   Motor Vehicle | $_____ | $_____ |
|   Other: _____ | $_____ | $_____ |
| Taxes (not deducted from wages or included in Mortgage payments) (specify): _____ | $_____ | $_____ |
| Installment payments | $_____ | $_____ |
| Motor Vehicle | $_____ | $_____ |
|   Credit card (name): _____ | $_____ | $_____ |
|   Department store (name): _____ | $_____ | $_____ |
|   Other: _____ | $_____ | $_____ |
| Alimony, maintenance, and support paid to others | $_____ | $_____ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $_____ | $_____ |
| Other (specify): _____ | $_____ | $_____ |
| Total monthly expenses: | $_____ | $_____ |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?
[ ] Yes [ ] No If yes, describe on an attached sheet.

10. Have you paid--or will you be paying--an attorney any money for services in connection with this case, including the completion of this form? Yes No
If yes, how much? $_____
If yes, state the attorney's name, address, and telephone number:
_____
_____

11. Have you paid--or will you be paying--anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?
[ ] Yes [ ] No
If yes, how much? $_____
If yes, state the person's name, address, and telephone number:
_____
_____

12. Provide any other information that will help explain why you cannot pay the

```
docket fees for your appeal.



13. State the address of your legal residence.
_____
_____
Your daytime phone number: ___ _____
Your age: _____   Your years of schooling: _____
Your social-security number: _____
```

CREDIT(S)

(As amended Apr. 24, 1998, eff. Dec. 1, 1998.)

F. R. A. P. Form 4, 28 U.S.C.A., FRAP Form 4

Amendments received to 02-08-07

Copr. © 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.