IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:96CR33 |
| | ) | |
| V. | ) | |
| | ) | ORDER |
| TERRI A. PAYSENO, | ) | |
| | ) | |
| Defendant. | ) | |

    Mr. Fiedler was previously retained by Ms. Payseno during the first stage of this case. However, I am now advised by the Federal Public Defender that Mr. Fiedler is requesting a voucher under the Criminal Justice Act.  It is apparent that Ms. Payseno is financially eligible for the appointment of counsel and was so upon the filing of the Report to the Court for an Offender Under Supervision which was filed on April 25, 2003.  Accordingly,

    IT IS ORDERED that the Federal Public Defender shall provide Mr. Fiedler with a voucher covering the time period between April 25, 2003 and the date of judgment in this case which is May 23, 2007.  Mr. Fiedler is advised that if he represents Ms. Payseno on appeal, a separate voucher will be required and must be issued and submitted as required by the Court of Appeals.

    May 31, 2007.                    BY THE COURT:

                                            *S/ Richard G. Kopf*
                                            United States District Judge