THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:96CR33 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| TERRI A. PAYSENO, | ) | |
| | ) | |
| Defendant. | ) | |

On May 29, 2007, and following the filing of a notice of appeal by the defendant, this court entered an order requiring the defendant, who had retained counsel, to submit either an appellate filing fee or a motion to proceed in forma pauperis and the documentation required by Fed. R. App. P. 24(a) by June 29, 2007. (Filing 89.) However, on May 31, 2007, this court entered another order changing defense counsel's "retained" status to "appointed" under the Criminal Justice Act due to the defendant's financial eligibility. (Filing 90.) In light of the court's May 31, 2007, order, I shall order the Clerk of the United States District Court for the District of Nebraska to process the defendant's appeal without further delay.

IT IS ORDERED that the Clerk of the United States District Court for the District of Nebraska shall process the defendant's appeal.

June 18, 2007.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge